UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

Plaintiff,

CASE NO. 6:96-cr-154-Orl-19GJK

vs.

ROBERT EARL BARGNARE

Defendant.

## ORDER

This case was considered by the Court on Petition on Probation and Supervised Release (Doc. No. 100, filed June 6, 2008), Report and Recommendation of the United States Magistrate Judge (Doc. No. 111, filed November 13, 2008), and Order to Show Cause at Final Revocation Hearing (Doc. No. 112, filed November 20, 2008) at a hearing held January 21, 2009 and one held on July 28, 2009 attended by Defendant, counsel for Defendant and counsel for the Government. Upon hearing the matters presented, it is **ORDERED**:

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 111) is **ADOPTED AND APPROVED**, there being no objection filed.

2. The Petition on Probation and Supervised Release (Doc. No. 98) is **GRANTED**, and the Superseding Petition on Probation and Supervised Release (Doc. No. 100, filed June 6, 2008) is **GRANTED**. However the Defendant's supervised release (Doc. No. 47, filed February 24, 1997) is **RESTORED** based on his actions while under supervision since the hearing before the Court on January 21, 2009. The defendant is hereby reinstated to supervision. All previous special conditions remain intact. The terms of supervision are modified to include the following additional special conditions:

- The defendant shall continue attendance at mental health counseling as directed by his probation officer.

- The defendant shall participate in the Home Detention program for a period of 180 days with credit for time served. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office. The defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on his ability to pay.

- The defendant, having been convicted by a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer.

- The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year.

3. The Court has considered the factors enumerated in 18 United States Code § 3553(a) including applicable advisory guidelines and policy statements issued by the U.S. Sentencing Commission.

4. Defendant has been advised of his right to appeal.

DONE AND ORDERED at Orlando, Florida, this 29 day of July 2009.

PATRICIA C. FAWSETT
UNITED STATES DISTRICT JUDGE

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant

# Robert Earl Bargnare

## DOCKET NO: 6:96-CR-154-ORL-19GJK

**Superseding Petition**

This case was considered by the Court on the Petition on Probation and Supervised Release (Doc. No. 100, filed June 6, 2008), Report and Recommendation of the United States Magistrate Judge (Doc. No. 111, filed November 13, 2008) and Order to Show Cause at Final Revocation Hearing (Doc. No. 112, filed November 20, 2008) at a hearing held January 21, 2009 and one held on July 28, 2009 (both of which were), attended by the Defendant, counsel for the Defendant, and counsel for the Government. The Report and Recommendation of the Magistrate Judge is ✓ adopted and approved except as stated below

**Adjudication**

The Court finds that the defendant has violated the conditions of Supervised Release and adjudicates the defendant guilty of the following violations:

Guilty: <u>Yes</u>   or   <u>No</u>

| | | | |
|---|---|---|---|
| ☑ | ☐ | 1) | New conviction for conduct, Battery, occurring on May 1, 2008 while on supervision in violation of the conditions of supervision: (Grade A Violation) |
| ☑ | ☐ | 2) | New conviction for conduct, Disorderly Conduct, occurring on May 1, 2008 while on supervision in violation of the conditions of supervision: (Grade C Violation) |
| ☐ | ☑ | 3) | Failure to follow the instructions of the probation officer in a violation of Condition 3 of the Standard Conditions of Supervision (Grade C Violation) |

**Application of Guidelines & Statutory Provisions**

The Court determines that the applicable advisory guidelines are:

__A__ is the Highest Grade violation, and

__VI__ is the original Criminal History Category, which calls for

__51__ to __60__ months imprisonment, and

__60__ (months) is the Maximum Statutory penalty, and

__60__ (months) is the Maximum Statutory term of Supervised Release

1

**Objections**    Are there any objections to the court's findings?

Is there any reason why I should not proceed to sentencing?

## SENTENCE

The Court has asked the defendant and his attorney, and the attorney for the government, why judgment should not now be pronounced, and, after hearing their responses, the Court has found no cause to the contrary. The Court has reviewed the Petition for Revocation of Supervised Release *and Supplement*, and the parties have made statements on their behalf or have waived the opportunity to do so.

**Adoption of Report and Recommendation**    The Report and Recommendation of the United States Magistrate Judge (Doc. No. _111_ ) is **ADOPTED AND APPROVED**, there being no objection filed.

**Superseding Petition Granted**    The Petition on Probation and Supervised Release (Doc. No. _98_ ) is **GRANTED** and the Superseding Petition on Probation and Supervised Release (Doc. No. _100_, filed _June 6, 2008_ ) is **GRANTED**, *However* the defendant's supervised release (Doc. No. _47_, filed _February 24, 1997_ ) is: *restored based on his actions under supervision since the hearing before the Court on*

**Revoked**    *January 21, 2009.* The Court therefore **ORDERS** that the defendant's Supervised Release is ~~revoked~~ and that the defendant is ~~committed~~ to the custody of the Bureau of Prisons to be imprisoned for a term of ____ YEARS/MONTHS. In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553 (a) and the advisory guidelines.

2

**Remand To Custody**

The defendant is hereby remanded to the custody of the United States Marshal to await designation by the Bureau of Prisons.

OR

**Voluntary Surrender**

The defendant may voluntarily surrender at the defendant's own expense, at the institution designated by the Bureau of Prisons on or before Friday, _____.

If no designation is made by the Bureau of Prisons by _____, the defendant shall surrender to the office of the United States Marshal on _____ to be taken into custody. While awaiting designation the defendant shall be released on bond and shall comply with all previously imposed standard conditions of supervision in addition to the following conditions of release:

The defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

**Recommendation to Bureau of Prisons**

While in the custody of the U.S. Bureau of Prisons, it is requested but not required that the defendant be afforded the following opportunities:

**No New term of Supervised Release**  ~~Upon service of the sentence herein, Defendant shall be discharged from further jurisdiction of the Court in this case.~~

OR

**New term of Supervised Release**  ~~Upon release from imprisonment, the defendant shall serve a _____ YEARS/MONTHS term of Supervised Release. While on Supervised Release, the defendant shall comply with the standard conditions adopted by the Court in the Middle District of Florida. In addition, the defendant shall comply with the following special conditions:~~

OR

**Reinstated to Supervised Release**  The defendant is hereby reinstated to supervision. All previous special conditions remain intact.

The defendant is hereby reinstated to ~~supervision. The original~~ term of supervision shall be ~~extended for~~ a period of ____. All previously ordered special conditions remain intact.

~~The defendant is hereby reinstated to supervision.~~ The terms of supervision are modified to include the following special conditions: *Defendant shall continue attendance at mental health counseling as directed by his probation officer. In addition [illegible handwriting] with credit for time served*

**SPECIAL CONDITIONS**

**Home Detention**  The defendant shall participate in the Home Detention program for a period of ____ days. During this time, the defendant will remain at his place of residence except for employment and other activities approved in advance by the Probation Office. The

4

defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Office. Further, the defendant shall be required to contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office based on your ability to pay.

**Drug Aftercare** The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon the completion of this program, the defendant is directed to submit to random drug testing.

**Mental Health** The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

**RRC/CCC Confinement** The defendant shall reside in a Residential Re-entry Center for a period of _____ days\months and shall observe the rules of that facility. The defendant shall be placed in the Community Confinement/Prerelease component of the program and shall obtain a physical examination at his own expense before entering the program.

**RRC/CSC Confinement** The defendant shall reside in a Residential Re-entry Sanctions Center for a period of _____ days\months and shall observe the rules of that facility. While at the center, the defendant will abide by all rules and regulations of the center and will contribute towards the cost of room and board, as directed by the center staff.

| | |
|---|---|
| Financial | The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, making acquisitions or obligating yourself for any major purchases without approval of the probation officer.<br><br>The defendant shall provide the probation officer access to any requested financial information. |
| Community Service | The defendant shall perform _____ hours of community service and follow the probation officer's instructions regarding the implementation of this court directive. |
| Employment Restriction | The defendant shall refrain from engaging in any employment related to ****. |
| DNA Collection Policy | The defendant, having been convicted of a qualifying offense, shall cooperate in the collection of DNA as directed by the probation officer. |
| Waiver of Mandatory Drug Testing | The mandatory drug testing requirements of the Violent Crime Control Act are waived. However, the Court authorizes random drug testing not to exceed 104 tests per year. |
| Mandatory Drug Testing | The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court authorizes random drug testing not to exceed 104 tests per year. |
| Factors Enumerated in 18 U.S.C. § 3553/Advisory Guidelines | In imposing this sentence, the Court has considered the factors set forth in 18 U.S.C. § 3553(a) and the advisory guidelines and policy statements issued by the U.S. Sentencing Commission in imposing sentence. |
| Final Objections | The Court having pronounced sentence, does counsel for the defendant or Government have any objections to the sentence or to the manner in which the Court pronounced sentence, other than those previously stated for the record? |
| Appeal of Sentence | The defendant has the right of appeal from the judgment and sentence within ten (10) days from this date. Failure to appeal within the ten day period shall be a waiver of your right to appeal. The government may file an appeal from this sentence. The defendant is entitled to assistance of counsel in taking an appeal, and if the |

defendant is unable to afford a lawyer, one will be provided for you. If the defendant is unable to afford the filing fee, the Clerk of the Court will be directed to accept the Notice of Appeal without such fee.

| | |
|---|---|
| **Instructions to Clerk** | The Clerk is instructed to attach this sentencing statement to the Judgment in a Criminal Case for Revocation of Probation or Supervised Release. |